# Third District Court of Appeal

## State of Florida

Opinion filed May 29, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0555
Lower Tribunal Nos. F22-7480, F22-13618

_____

**Keith Slater,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Keith Slater, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, C.J., and EMAS, and MILLER, JJ.

PER CURIAM.

Affirmed.